UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>- against -<br><br>MARTIN ADRIAN RUIZ, RAM FUND, LP, and CARTER BAIN WEALTH MANAGEMENT, LLC,<br><br>                          Defendants, and<br><br>ROTHSCHILD MAGNUS FUND, LP, ISG CAPITAL LLC, and MISTER FARMS, LLC,<br><br>                          Relief Defendants. | **21-cv-6622 (LJL)**<br>**ECF CASE**<br><br>**<u>FILED UNDER SEAL</u>**<br><br>**ORDER LIFTING SEAL** |

This matter is before the Court on Plaintiff United States Securities and Exchange Commission's ("SEC's") Motion to Lift Seal in this case. By order dated August 2, 2021, the Court entered an Order granting the SEC permission to file this matter under seal. ECF No. 4 in 1:21-mc-00597-ALC. On August 5, 2021, the SEC filed its Complaint, *Ex Parte* Emergency Application for an Order to Show Cause, for a Temporary Restraining Order, for an Asset Freeze, and Other Relief, and Other Documents, memorandum in support, and other filings under seal. On August 9, 2021, the Court entered a Temporary Restraining Order Freezing Assets and Providing for Other Ancillary Relief, and Order Setting Preliminary Injunction Hearing ("Asset Freeze Order").

In its Motion to Lift Seal, the SEC notified the Court that it has provided the Asset Freeze

Order to all banks and financial institutions holding known accounts for Defendants and Relief

Defendants, with instructions to implement the same. The SEC has represented that the banks and

financial institutions have thus implemented the ordered asset freeze and that there is no longer a

need for the Complaint and other documents filed with the Court to remain under seal.  The

Commission has asked the Court to order that the seal on this case be lifted.

THEREFORE, good cause being shown, it is ORDERED that the seal entered in this matter

is lifted.

Dated: August 12 , 2021

Lewis J. Liman
United States District Judge