```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES SECURITIES AND EXCHANGE                              :
COMMISSION,                                                        :
                                                                   :
                              Plaintiff,                           :    21-cv-6622 (LJL)
                                                                   :
            -v-                                                    :         ORDER
                                                                   :
MARTIN ADRIAN RUIZ, RAM FUND LP, and                               :
CARTER BAIN WEALTH MANAGEMENT LLC,                                 :
                                                                   :
                              Defendants, and                      :
                                                                   :
ROTHSCHILD MAGNUS FUND, LP, ISG CAPITAL                            :
LLC, and MISTER FARMS, LLC,                                        :
                                                                   :
                              Relief Defendants.                   :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2022

LEWIS J. LIMAN, United States District Judge:

      The Court previously granted in part the motion filed at Dkt. No. 67 by attorneys Erwin J. Shustak ("Shustak"), Robert R. Boeche ("Boerche"), and the law firm of Shustak Reynolds & Partners, P.C. (collectively, "Moving Counsel") to withdraw as counsel for defendant Martin Adrian Ruiz and reserved decision on that part of the motion seeking to withdraw as counsel for corporate defendants RAM Fund, LP, and Carter Bain Wealth Management, LLC, and Relief Defendant Mister Farms, LLC. Dkt. No. 68. On April 4, 2022, the Court held a conference to consider the request for Moving Counsel to withdraw as counsel for the corporate defendants. The conference was attended by a representative of the corporate defendants. During the conference, the Court advised the representative that corporations cannot appear pro se in federal court and that if no counsel appeared for the corporate defendants, the corporate defendants risked being held in default. The Court also heard counsel and the representative ex parte, in a portion of the hearing that will remain sealed.

      Having heard counsel ex parte and considered the application of counsel for withdrawal, the Court finds that the applicable standards are satisfied, and the motion to withdraw is GRANTED in full.

      SO ORDERED.

Dated: April 6, 2022
       New York, New York

                                      LEWIS J. LIMAN
                                United States District Judge