```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES SECURITIES AND EXCHANGE :
COMMISSION, :
:
Plaintiff,   :          21-cv-6622 (LJL)
:
-v-   :          ORDER
:
MARTIN ADRIAN RUIZ, RAM FUND LP, and :
CARTER BAIN WEALTH MANAGEMENT LLC, :
:
Defendants, and :
:
ROTHSCHILD MAGNUS FUND, LP, ISG CAPITAL :
LLC, and MISTER FARMS, LLC, :
:
Relief Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

In light of the Case Management Plan and Scheduling Order filed on the docket today at Dkt. No. 92, the Initial Pre-trial Conference currently scheduled for Friday, April 29, 2022 is adjourned *sine die*.

The SEC is directed to provide a copy of this Order to Defendants through any means by which they have previously communicated.

SO ORDERED.

Dated: April 25, 2022
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge