```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES SECURITIES AND EXCHANGE                              :
COMMISSION,                                                        :
                                                                   :
                              Plaintiff,                           :    21-cv-6622 (LJL)
                                                                   :
           -v-                                                     :         ORDER
                                                                   :
MARTIN ADRIAN RUIZ, RAM FUND LP, and                               :
CARTER BAIN WEALTH MANAGEMENT LLC,                                 :
                                                                   :
                              Defendants, and                      :
                                                                   :
ROTHSCHILD MAGNUS FUND, LP, ISG CAPITAL                            :
LLC, and MISTER FARMS, LLC,                                        :
                                                                   :
                              Relief Defendants.                   :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has received the proposed notice of voluntary dismissal as to Defendant Carter Bain Wealth Management, LLC, and Relief Defendants ISG Capital, LLC, and Rothschild Magnus Fund, LP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Dkt. No. 96. Rule 41 addresses dismissal of actions rather than dismissal of parties.  Treating the application as addressed to the Court's power under Rule 15 or Rule 21 or its inherent power, the Court will dismiss the complaint as against Defendant Carter Bain Wealth Management, LLC, and Relief Defendants ISG Capital, LLC, and Rothschild Magnus Fund, LP without prejudice and with each party to bear their own costs and fees.

2

The Clerk of Court is respectfully directed to terminate Defendant Carter Bain Wealth Management, LLC, and Relief Defendants ISG Capital, LLC, and Rothschild Magnus Fund, LP.

SO ORDERED.

Dated: September 29, 2022
      New York, New York

                                    LEWIS J. LIMAN
                            United States District Judge